■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM P. SODDERS, Appellant. [828 NYS2d 911]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 7, 2002 *(People v Sodders,* 298 AD2d 414 [2002]), affirming a judgment of the County Court, Suffolk County, rendered November 4, 1998.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel *(see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Miller, J.P., Schmidt, Crane and Mastro, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TURHAN TATE, Appellant. [828 NYS2d 910]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered March 15, 2006, convicting him of conspiracy in the fourth degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see Anders v California,* 386 US 738 [1967]; *People v Paige,* 54 AD2d 631 [1976]; *cf. People v Gonzalez,* 47 NY2d 606 [1979]). Mastro, J.P., Ritter, Skelos, Carni and McCarthy, JJ., concur.